IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHALLEEN DAVIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDUCATION SERVICE UNIT NO. 4,<br><br>　　　　　Defendant. | 4:13-CV-3195<br><br>ORDER |

The Court has been advised that the parties in this case have settled their claims. Accordingly,

IT IS ORDERED:

1. On or before September 22, 2014, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. The Clerk of the Court shall set a dismissal papers deadline of September 22, 2014.

Dated this 22nd day of August, 2014.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge